Case 1:17-cv-01225-ENV-CLP   Document 11   Filed 06/16/17   Page 1 of 2 PageID #: 73

Rec'd 7/25/17

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 25 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
WAUSAU BUSINESS INSURANCE
COMPANY and WAUSAU GENERAL INSURANCE
COMPANY,

                    Plaintiffs,

-against-

CLOVES LAKES HEALTH CARE AND
REHABILITATION CENTER, INC.,

                    Defendant.
-------------------------------------------------------------x

Civil Action No.:
1:17-cv-01225 (ENV/CLP)

**NOTICE OF DISMISSAL**

MADAMS/SIRS:

        **PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), as defendant CLOVES LAKES HEALTH CARE AND REHABILITATION CENTER, INC. ("Clove Lakes") has not served an answer or a motion for summary judgment, plaintiffs WAUSAU BUSINESS INSURANCE COMPANY and WAUSAU GENERAL INSURANCE COMPANY hereby dismiss the above-captioned action as against Clove Lakes, without prejudice and without costs to any party.

Dated: White Plains, New York
        June 16, 2017

Yours, etc.

JAFFE & ASHER LLP

By: _____
Marshall T. Potashner
Attorneys for Plaintiffs
WAUSAU BUSINESS INSURANCE
COMPANY and WAUSAU GENERAL
INSURANCE COMPANY
445 Hamilton Avenue, Suite 405
White Plains, New York 10601
MPotashner@Jaffeandasher.com

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 7/24/17

/s/ USDJ ERIC N. VITALIANO

Eric N. Vitaliano
United States District Judge

The clerk is directed to close this case

**Application Granted**

SO ORDERED

Brooklyn, New York

Dated: ____________

____________________

Eric N. Vitaliano

United States District Judge

TO: CLOVES LAKES HEALTH CARE AND
REHABILITATION CENTER, INC.
25 Fanning Street
Staten Island, New York 10952

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
WAUSAU BUSINESS INSURANCE
COMPANY and WAUSAU GENERAL INSURANCE
COMPANY,

               Plaintiff,

-against-

CLOVES LAKES HEALTH CARE AND
REHABILITATION CENTER, INC.,

               Defendant.
------------------------------------------------------------------x

Civil Action No.:
1:17-cv-01225(ENV/CLP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                              ) ek.:
COUNTY OF WESTCHESTER )

       I, Erika Kudlak, being sworn, say: I am not a party to the action, am over 18 years of age and reside in the State of New York, County of Westchester.

That on June 16, 2017, I served a copy of the within **NOTICE OF DISMISSAL**, by mailing in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, to the following:

               CLOVES LAKES HEALTH CARE AND
               REHABILITATION CENTER, INC.
               25 Fanning Street
               Staten Island, New York 10952

                                                _/s/ Erika Kudlak_
                                                Erika Kudlak

Sworn to before me this
16th day of June, 2017

_/s/_
NOTARY PUBLIC

ORI SHAFIRSTEIN
Notary Public, State of New York
No. 02SH6354688
Qualified in Westchester County
Commission Expires February 21, 2021